UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID GORDON CANTRELL, )
)
      Plaintiff, ) Case No. C07-5569 RJB/KLS
)
        v. ) ORDER ADOPTING
) REPORT & RECOMMENDATION
STATE OF WASHINGTON, )
)
      Defendant. )
_____)

The Court, having reviewed the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* and motion for extension of time (Dkt. # 1 and # 3) are **DENIED**. Plaintiff has thirty days from the date of this Order to pay the full $5.00 filing fee. If the filing fee is not received in thirty days, the Clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**;

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom and note a date on Judge Strombom's calendar thirty days from today so that this action can be tracked.

DATED this 15th day of January, 2008 .

                                                    */s/ Robert J. Bryan*
                                                    ROBERT J. BRYAN
                                                    United States District Judge

ORDER